Douglas James CLAYTON *v.* STATE of Arkansas

CR 94-1446                                          890 S.W.2d 602

Supreme Court of Arkansas
Opinion delivered January 17, 1995

*Ralph M. Cloar*, for appellant.

No response.

PER CURIAM. The appellant, Douglas James Clayton, has filed a motion for rule on the clerk. His attorney, Ralph M. Cloar, Jr., admits that the record was tendered late due to a mistake on his part. We find that such admission of fault by an attorney in a criminal case is good cause to grant the motion. *See Tarry* v. *State*, 288 Ark. 172, 702 S.W.2d 904 (1986).

The motion is therefore granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.